# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21CR00291-WQH |
|---|---|
| Plaintiff, | **JUDGMENT and ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITH PREJUDICE** |
| v. | |
| EDWIN NOEL CAMARENA-ARAIZA, aka EDWIN NOEL CAMARENA-ARAIZ, Defendant. | |
| | The Honorable William Q. Hayes |

Good cause having been shown, the United States' Motion to Dismiss the Information with Prejudice is **GRANTED**. The Court dismisses the Information with prejudice.

Dated: May 12, 2022

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court